# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-082-032**

Effective Date of Registration:
December 28, 2017

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** Painting of Big Sky 2014 Ski Map

### Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 11, 2014
**Nation of 1st Publication:** United States

### Author

- **Author:** James Eldon Niehues
  **Author Created:** Painting
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** James Eldon Niehues
PO Box 1913, Loveland, CO, 80539

### Certification

**Name:** James Niehues, Author/Owner
**Date:** December 28, 2017

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person,

